# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3779

_____

United States of America,

        Appellee,

v.

Ronald Lee Williams,

        Appellant.

\*    Appeal from the United States
\*    District Court for the
\*    Western District of Missouri.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: March 4, 1999
Filed: March 9, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Ronald Lee Williams appeals from the district court's[1] order denying his request for waiver of the fine imposed as part of his 1990 sentence. After careful review of the record and the parties' briefs, we affirm, substantially for the reasons stated by the district court. See 8th Cir. R. 47B.

---

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.